No. 87–750.  PAN AMERICAN WORLD AIRWAYS, INC. v. PAMPIN LOPEZ, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF

LOPEZ DE PAMPIN, ET AL.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Chan* v. *Korean Air Lines, Ltd.*, *ante*, p. 122.